## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARLON LOPEZ, CHRIS STEVEN
VALDIVIA, KATERINE ESPINO,
PERLA MIRANDA, MARLON JOSE
LOPEZ-BLANDON, YADIRA LANZA,
JAVIER HERRERA, GEMA M.
TORUNO, YUNIEL COLINA, MOISES
BLANDON, NAHUM DEGRANDEZ,
JUVER DIAZ, ANGEL ZAMORA,

        **Plaintiff,**

v.                                                  Case No: 6:23-cv-01409-DCI

INTERNI CUCINE AMERICA LLC and
MARCO MASET,

        **Defendant.**

## ORDER

      This is an FLSA case. *See generally* 29 U.S.C. §§ 201 to 209. The parties filed a "Joint Motion to Approve FLSA Settlement," in which the parties request both approval of their FLSA settlement and dismissal of this case with prejudice. (Doc. 64, the Motion). The parties consented to the jurisdiction of the undersigned United States Magistrate Judge for this case. Doc. 55. The presiding District Judge approved that consent. Doc. 56.

      Since the proposed settlement involves a compromise of Plaintiffs' claims, it is incumbent on the Court to review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). Having reviewed the same, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between parties represented by competent counsel. *Id*. The Court further finds that the agreed-upon fee and costs to be paid to Plaintiffs' counsel was determined independently, did not affect the payment

to Plaintiffs, and otherwise appears to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, Case No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).

It is, therefore **ORDERED** that the Motion (Doc. 64) is **GRANTED**. The settlement is **APPROVED**, and this case is **DISMISSED** with prejudice. The Clerk is directed to close the case.

**ORDERED** in Orlando, Florida on April 23, 2025.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE